```
                UNITED STATES DISTRICT COURT
                 SOUTHERN DISTRICT OF OHIO
                      WESTERN DIVISION
```

|  |  |  |
|---|---|---|
| CHRISTA BLATZ, | : | NO. 1:11-CV-00895 |
| Plaintiff, | : |  |
| vs. | : | **ORDER** |
| COMMISSIONER OF SOCIAL SECURITY, | : |  |
| Defendant. | : |  |

This matter is before the Court on the Magistrate Judge's Report and Recommendation (doc. 18), to which there were no objections. The Magistrate Judge reviewed each of Plaintiff's assignments of error, and concluded the ALJ's finding of non-disability was not supported by substantial evidence, and therefore this case should be remanded (Id.).

Proper Notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. United States v. Walters, 638 F.2d 947 (6th Cir. 1981). As of the date of this Order, no objections have been filed.

Having reviewed this matter de novo pursuant to 28 U.S.C. § 636, the Court finds the Magistrate Judge's Report and Recommendation thorough, well-reasoned, and correct. Accordingly,

the Court hereby ADOPTS and AFFIRMS the Magistrate Judge's Report and Recommendation in all respects (doc. 18), REVERSES the decision of the Commissioner denying Plaintiff DIB benefits, and REMANDS this matter under sentence four of 42 U.S.C. §405(g). The Administrative Law Judge is instructed on remand to 1) evaluate the proper weight to afford to the opinions of Plaintiff's treating physicians, Drs. Grefer and Pagani, 2) reconsider Plaintiff's residual functional capacity, 3) reassess Plaintiff's credibility, and 4) to obtain additional medical testimony and vocational evidence as warranted.

       This case is CLOSED on the Court's docket.

       SO ORDERED.


DATED: April 2, 2013     s/S. Arthur Spiegel
                                   S. Arthur Spiegel
                                   United States Senior District Judge